848

No. 166, Misc.   MENARD *v.* NASH, WARDEN.   Supreme Court of Missouri.   Certiorari denied.

No. 168, Misc.   REAGAN *v.* NASH, WARDEN.   Supreme Court of Missouri.   Certiorari denied.

No. 169, Misc.   SNYDER *v.* NEW JERSEY.   Supreme Court of New Jersey.   Certiorari denied.

No. 172, Misc.   MORRIS *v.* UNITED STATES.   C. A. 3d Cir.   Certiorari denied.   Petitioner *pro se.*   Solicitor General *Rankin* for the United States.

No. 175, Misc.   WOOD *v.* FOGLIANI, WARDEN, ET AL. Supreme Court of Nevada.   Certiorari denied.

No. 177, Misc.   ROGERS *v.* UNITED STATES.   United States Court of Appeals for the District of Columbia Circuit.   Certiorari denied.   Petitioner *pro se.*   Solicitor General *Rankin,* Assistant Attorney General *Wilkey* and Beatrice *Rosenberg* for the United States.

No. 180, Misc.   CLARK *v.* WARDEN, MARYLAND PENITENTIARY.   Court of Appeals of Maryland.   Certiorari denied.

No. 181, Misc.   DRISCOLL *v.* COCHRAN, CORRECTIONS DIRECTOR.   Supreme Court of Florida.   Certiorari denied.

No. 182, Misc.   THOMPSON *v.* NEW JERSEY.   Supreme Court of New Jersey.   Certiorari denied.

No. 183, Misc.   FORD *v.* ILLINOIS.   Supreme Court of Illinois.   Certiorari denied.